UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVATORE'S ITALIAN GARDENS INC., GARDEN PLACE, INC., and THE DELAVAN HOTEL, LLC<br><br>　　　　　Plaintiffs,<br><br>-v-<br><br>HARTFORD FIRE INSURANCE COMPANY<br><br>　　　　　Defendant. | No.: 20-CV-00659-LIV |

**APPEARANCE OF COUNSEL**

To:　The Clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in the case as counsel for Defendants.

Date:　June 4, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Eugene Welch_
　　　　　　　　　　　　　　　　　　　　　　　　　　Eugene Welch, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　Bar No.: 1242809
　　　　　　　　　　　　　　　　　　　　　　　　　　400 Linden Oaks, Suite 110
　　　　　　　　　　　　　　　　　　　　　　　　　　Rochester, NY 14625
　　　　　　　　　　　　　　　　　　　　　　　　　　ewelch@tullylegal.com
　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: (585)492-4700
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (585)331-8899